USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1.12.21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Robert Hallal,

           Defendant.

98-cr-618 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This case was re-assigned to the Undersigned on January 8, 2021. Dkt. No. 25. The Court is in receipt of Defendant Robert Hallal's *pro se* motion for compassionate release. Dkt. No. 24. The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the CJA Clerk is respectfully directed to appoint counsel for the Defendant for the purpose of supplementing Defendant's compassionate release motion. Once counsel is appointed, he or she shall file a notice of appearance, meet and confer with the Government, and propose a briefing schedule on the Defendant's motion for compassionate release.

    The Government is respectfully directed to serve a copy of this Order on the Defendant and to file proof of service on the public docket.

    SO ORDERED.

Dated: January 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge