USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
United States of America,          :
:
    -v-                            :    98-cr-618 (AJN)
:
Robert Hallal,                     :    ORDER
:
    Defendant.                 :
:
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

    Counsel for the Government is hereby directed to enter a notice of appearance by no later than February 4, 2021. The Clerk of the Court is respectfully directed to notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    SO ORDERED.

Dated: February 2, 2021
       New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge