```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
United States of America,                :
:
   -v-                                  :     98-cr-618 (AJN)
:
Robert Hallal,                           :     ORDER
:
             Defendant.       :
:
-----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The Defendant may file a reply to the Government's opposition to his pending motion for compassionate release, Dkt. No. 35, by Monday, March 15, 2021.

SO ORDERED.

Dated: March 11, 2021
       New York, New York

                                              ALISON J. NATHAN
                                        United States District Judge