UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/22
```

United States of America,

—v—

Robert Hallal,

                    Defendant.

98-cr-618 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     Pending before the Court is a motion for compassionate release. Dkt. No. 24. The Government's opposition to the motion noted that Mr. Hallal's anticipated release date was August 18, 2021. Dkt. No. 35 at 2. The Government is hereby ORDERED to file a letter by February 1, 2022, informing the Court as to whether Mr. Hallal has been released, which would moot the pending motion.

     SO ORDERED.

Dated: January 25, 2022
     New York, New York

_____
ALISON J. NATHAN
United States District Judge